# United States Court of Appeals

## For the Eighth Circuit

———————————————

No. 16-2487

———————————————

Omar Enrique Erazo-Martinez

*Petitioner*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: May 5, 2017
Filed: May 9, 2017
[Unpublished]

——————————

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Honduran citizen Omar Enrique Erazo-Martinez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from a decision of

———————————————

[1]Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States and automatically is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c)(2).

an immigration judge denying his application for cancellation of removal under 8 U.S.C. § 1229b(b)(1).  We conclude the arguments he presents to this court are unavailing, and thus we deny the petition.  <u>See</u> 8th Cir. R. 47B.

_____